UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61757-CIV-DIMITROULEAS

GARFIELD SPENCE,

Plaintiff,

v.

SDS DEVELOPMENT & TRUST, LLC,

Defendant.
_________________________________/

**ORDER APPROVING VOLUNTARY DISMISSAL**

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (the "Notice") [DE 8], filed herein on October 21, 2024. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 8] is hereby **APPROVED**.
2. Each parties shall bear their own attorney's fees and costs unless otherwise agreed;
3. This case is **DISMISSED WITH PREJUDICE**.
4. The Clerk is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of October, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record